did not prove Gunn's three convictions by a preponderance of the evidence.

Gunn also argues that his predicate offenses should have been alleged in his indictment and proven to the jury beyond a reasonable doubt. This argument is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). *United States v. Greer,* 440. F.3d 1267, 1273 (11th Cir.2006).

**AFFIRMED.**

**PER CURIAM:**

Ryan Truskoski, appointed counsel for Carlos Perlaza–Obando in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Perlaza–Obando's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carlos PERLAZA–OBANDO,**
**Defendant–Appellant.**

**No. 07–12675**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 12, 2008.

Ryan Thomas Truskoski, Orlando, FL, for Defendant–Appellant.

Yvette Rhodes, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, MARCUS and WILSON, Circuit Judges.

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Carl BENNETT, Defendant–Appellant.**

**No. 07–11316**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 12, 2008.

Steven Louis Beauvais, Zipperer & Lorberbaum, P.C., Savannah, GA, for Defendant–Appellant.

Amy Lee Copeland, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.